UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                            Case No. 07-cr-148-01-SM

<u>Eric L. Savage</u>

<u>O R D E R</u>

    Defendant's assented-to motion to continue the trial (document no. 10) is granted. Trial has been rescheduled for the December 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than August 31, 2007. On the filing of such waiver, his continuance shall be effective.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time

necessary for effective preparation  taking into account the exercise of due diligence under the circumstances.

       Final Pretrial Conference:       November 20, 2007 at 4:00 PM

       Jury Selection:       December 4, 2007 at 9:30 AM

       SO ORDERED.

August 27, 2007       /s/ Steven J. McAuliffe_____
                                            Steven J. McAuliffe
                                            Chief  Judge

cc:  Clyde Garrigan, Esq.
     Andrew Schulman, Esq.
     U. S. Probation
     U. S. Marshal